**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

U.S. FILED
DIST. CO.
BRUNSWICK L

2005 MAY 18 A 1.

GA.

| | |
|---|---|
| THOMAS BARNEY HARRIS, SR. ) | CIVIL ACTION NO.: CV290-618, |
| LYMAN A. GUY ) | CV590-270 |
| DANNY HUGH KIRKLAND ) | CV591-019 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Defendant has filed an Objection (Doc. 66) to the Magistrate Judge's Order dated May 3, 2005. That Order granted in part and denied in part Defendant's Motion to Compel Plaintiffs to produce, inter alia, current medical authorizations in order to obtain their medical records. Defendant objects to that portion of the Order which denied its request that the medical authorization include release of records pertaining to psychiatric, psychological, and drug and alcohol treatment, if any. Plaintiffs have filed a response. Upon review, Defendant's Objection is **OVERRULED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

**SO ORDERED**, this _18th_ day of _____May_____, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)