FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN -7 A 10: 03

CLERK _____
_____ OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| THOMAS BARNEY HARRIS, SR. ) <br> LYMAN A. GUY ) <br> DANNY HUGH KIRKLAND ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> CSX TRANSPORTATION, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO.: CV290-618 <br> CV590-270 <br> CV591-019 |

## ORDER

Plaintiffs have filed an Objection to the Magistrate Judge's Order dated May 3, 2005. (Harris Doc. 69.) That Order granted Defendant's Motion for Psychiatric examinations of the Plaintiffs. Plaintiffs' Objection is **OVERRULED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

**SO ORDERED**, this 7th day of June, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)