## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

RICHARD LAMAR CARTER )      CIVIL ACTION NO.: CV590-276
GEORGE HOWELL )                       CV590-273
VERNON CHARLES SMITH )                       CV590-278
GLORIA BUTLER )                       CV591-005
DANNY KIRKLAND )                       CV591-019
ROBERT ROLLINS )                       CV597-076
)
           Plaintiffs, )
)
       v. )
)
)
CSX TRANSPORTATION, INC., )
)
           Defendant. )



## O R D E R

Defendant has filed Objections to Plaintiffs' use of the Video Deposition of Arthur L. Frank, M.D. (Doc. 129.) After review, the Court rules as follows:

Defendant objects to any portion of the deposition which pertains to a person who is not a plaintiff in these cases. Defendant's objection in this regard is **sustained.**

As to the other page and line designations, the Court rules as follows:

Page 22, Line 15 to Page 22, Line 22          Defendants' Objection is **overruled.**

Page 22, Line 23 to Page 22, Line 24          Defendant's Objection is **overruled.**

Page 24, Line 10 to Page 25, Line 16          Defendant's Objection is **overruled.**

Page 27, Line 11 to Page 27, Line 17          Defendant's Objection is **overruled.**

Page 28, Line 10 to Page 28, Line 17          Defendant's Objection is **overruled.**

Page 30, Line 23 to Page 31, Line 7          Defendant's Objection is **overruled.**

Page 31, Line 8 through Page 31, Line 21      Defendant's Objection is **sustained.**

Page 32, Line 18 to Page 34, Line 2  Defendant's Objection is **overruled.**

Page 34, Line 3 through Page 41, Line 5  Defendant's Objection is **overruled.**

Page 53, Line 5 to Page 53, Line 14  Defendant's Objection is **sustained.**

Page 56, Line 21 to Page 57, Line 3  Defendant's Objection is **overruled.**

Page 57, Line 24 to Page 58, Line 7  Defendant's Objection is **overruled.**

  **SO ORDERED**, this _____ day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)