IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ORIGINAL

DANNY R. KIRKLAND,                    *
                                      *   Civil Action
          Plaintiff                   *   File No. CV591-019
                                      *
     Vs.                              *
                                      *
CSX TRANSPORTATION, INC.,             *
                                      *
          Defendant                   *

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 NOV 28 A 11: 58

CLERK C. Asbell
SO. DIST. OF GA.

## DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff and Defendant in the above action, by and through their undersigned attorneys and this action having been amicably resolved between Plaintiff and Defendant, hereby file this Dismissal With Prejudice as to Defendant CSX TRANSPORTATION, INC.

This 27th day of November, 2006.

                              ROGER B. LANE, ATTORNEY AT LAW, P.C.
                              Attorney for Plaintiff

                    By:       _____
                              Roger B. Lane,
                              State Bar Number:  434950

1601 Reynolds Street
Brunswick, GA  31520
(912) 264-8296

                              JORDAN & MOSES
                              Attorneys for Defendant
                              CSX Transportation, Inc.

                    By:       _____
                              Randall A. Jordan,
                              State Bar Number: 404975

1804 Frederica Road, Suite C
P.O. Box 20704
St. Simons Island, GA 31522
(912) 638-0505

**SO ORDERED**, this 29th day of November 2006.

_____
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 NOV 29 P 1: 30
L. Victoria

170